



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
NOBLE RESOURCES PTE LIMITED,
f/k/a NOBLE GRAIN PTE. LTD.,

         Plaintiff,

- against -

CHINA SEA GRAINS & OILS
INDUSTRY CO. LTD.,

         Defendant.
------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: April 10, 2008
      New York, NY

The Plaintiff,
NOBLE RESOURCES PTE LIMITED,
f/k/a NOBLE GRAIN PTE. LTD.

By: /s/ Claurisse C. Orozco
Claurisse Campanale-Orozco (CO 3581)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
corozco@tisdale-law.com
ttisdale@tisdale-law.com